UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BATINA LATRAE KISTNER,<br><br>  Plaintiff,<br>v.<br><br>ENVISION AESC US, LLC,<br><br>  Defendant. | Case No. 3:24-cv-00277<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Plaintiff has moved to extend the fact discovery deadline and the deadline to file fact-discovery-related motions from May 21, 2025, and May 7, 2025, respectively, to June 11, 2025. (Doc. No. 18.) Defendant opposes the requested extension. (Doc. No. 19.) Plaintiff has filed a reply in support of her motion. (Doc. No. 20.)

Considering the parties' stated arguments, the Court GRANTS Plaintiff's motion. The deadlines to complete fact discovery and to file fact-discovery-related motions are EXTENDED to June 11, 2025. The Court reminds counsel of its discovery dispute resolution protocol and that any discovery-related motion filed absent compliance with that protocol will be terminated.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge